**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MARCO AUERILIO ESCALANTE
BARROETA and ANGELY JOSEIDY
COLMENARES-SANCHEZ,

Plaintiffs,

v. Case No: 8:25-cv-1761-JSM-NHA

GABRIEL GARCIA-CLAY,

Defendant.

---

## ORDER OF DISMISSAL

Before the Court is a Notice of Voluntary Dismissal without Prejudice (Dkt. 16). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.
2. All pending motions, if any, are denied as moot.
3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 1st day of September, 2026.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record